## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DAVID ROBINSON, DARRELL THOMAS, and ABDULLAH GLOVER, <br><br> Plaintiffs, <br><br> v. <br><br> CONSTRUCTION AND REALTY SERVICES GROUP INC., <br><br> Defendant. | Civil Action No. <br> 18-cv-03567 (AMD) (ST) <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

The matter in the above-captioned action having been amicably resolved by and between Plaintiffs David Robinson, Darrell Thomas, and Abdullah Glover and Defendant Construction and Realty Services Group Inc., it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the case against Defendant shall be, and hereby is, dismissed *with prejudice* and without costs or attorneys' fees against any party.

**GISKAN SOLOTAROFF &**
**ANDERSON LLP**
Counsel for Plaintiff


By:_____/s/_____
      Jason L. Solotaroff, Esq.

Dated:   March 22, 2019

SO ORDERED:

_____
HON. ANN M. DONNELLY, U.S.D.J.

**LITTLER MENDELSON, P.C**
Counsel for Defendant


By:_____/s/_____
      Alan I. Model, Esq.

Dated:   March 22, 2019



Dated: _____, 2019

FIRMWIDE:163061216.1 087542.1002